Ibrahim Muhtaseb
30591 San Anselmo Dr.
Murrieta, Ca 92563
T: (951) 704-3475
Email: IbrahimMuhtaseb@Gmail.com
Attorney for Plaintiff,
EDWARD PICO, SR.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**
**ANCHORAGE DIVISION**

| | |
|---|---|
| EDWARD PICO, SR., | Case No.: 3:18-cv-00121-SLG |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(ii)**

PLEASE TAKE NOTICE that Plaintiff EDWARD PICO, SR. hereby voluntarily dismisses with prejudice the above entitled action against Defendant CAPITAL ONE BANK (USA), N.A. The parties, through their undersigned attorneys, have stipulated to this dismissal. A responsive pleading has been filed in this action. Plaintiff gives this notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

RESPECTFULLY SUBMITTED,

DATED: June 4, 2019

By: */s/ Ibrahim Muhtaseb*
 Ibrahim Muhtaseb
 Attorney for Plaintiff

By: */s/ Kevin M. Cuddy*
 Kevin M. Cuddy
 Stoel Rivers LLP
 Attorney for Defendant